IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01593–REB–KMT

VAN A. MARTIN, and
ELIZABETH I. MARTIN,

    Plaintiffs,

v.

HOME DEPOT USA, INC., a Delaware corporation, dba The Home Depot,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Arthur K. Smith's Unopposed Motion to Withdraw as Counsel for Home Depot U.S.A., Inc." (#30, filed January 16, 2013).  Being otherwise fully advised, it is hereby ORDERED that the Motion (#30) is GRANTED.  Attorney Arthur K. Smith is relieved of any further representation of Defendant in the above-captioned matter.  The Clerk of Court is instructed to remove Mr. Smith from the electronic certificate of mailing.

Dated: January 17, 2013