**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01593-REB-KMT

VAN A. MARTIN and
ELIZABETH I. MARTIN,

    Plaintiffs,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#37][1] filed March 13, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#37] filed March 13, 2013, is **APPROVED**;

    2.  That the Final Pretrial Conference and Trial Preparation Conference set for September 20, 2013, are **VACATED**;

    3.  That the jury trial set to commence October 7, 2013, is **VACATED**; and

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 13, 2013, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2